# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ROLLAND WRIGHT,<br><br>  Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:19-cv-00109-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied. I will not remand this action to the state court for lack of subject matter jurisdiction at this time.

DATED this 7th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE